Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000616
15-OCT-2018
12:10 PM

NO. CAAP-16-0000616

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KUKIʻO GOLF AND BEACH CLUB, INC.,
a Hawaii nonprofit corporation,
Plaintiff-Appellee,
v.
LAKE-ISLAND HOLDINGS, LLC, a Nevada Limited
Liability Company; JEFFREY REIMER, and PATRICIA MCGUIRE,
Defendants-Appellants,
and
JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-268K)

ORDER APPROVING THE STIPULATION FOR DISMISSAL
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal filed on October 3, 2018, by Plaintiff-Appellee Kukiʻo Golf and Beach Club, Inc., and the record, it appears that:

(1) the appeal was docketed on September 8, 2016;

(2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b);

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED: HONOLULU, HAWAIʻI, October 15, 2018.

Presiding Judge

Lawrence M Reifurth
Associate Judge

Associate Judge